PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey
## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Timothy Wise                                  Cr.: 13-00575-001
                                                                PACTS #: 67859

Name of Sentencing Judicial Officer:    THE HONORABLE KEVIN MCNULTY
                                        UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 04/21/2014

Original Offense: Unauthorized Access to a Protected Computer

Original Sentence: 36 months probation

Special Conditions: Restitution - Money, Substance Abuse Testing/Treatment, Computer Search, Location Monitoring Program, No New Debt/Credit, Employment Requirements/Restrictions

Type of Supervision: Probation                      Date Supervision Commenced: 04/21/2014

## PETITIONING THE COURT

☑ To extend the term of supervision for 1 year, for a total term of 4 years.

☐ To modify the conditions of supervision as follows:

## CAUSE

The offender was sentenced on April 21, 2014, and was ordered to pay $44,000 in restitution, in monthly installments of no less than $300. Over the course of supervision the offender has struggled to maintain full time, gainful employment. Subsequently, he has been unable to afford the monthly installment plan set by the Court. Over the course of supervision, the offender has only paid $1,925 towards restitution. However, the offender has recently secured full time employment. His monthly cash flow has been reviewed and it is believed the offender can now comfortable afford to pay the monthly installments of $300. It is requested the offender's term of supervision be extended one year in order for the probation office to continue to monitor the collection of restitution.

Respectfully submitted,

By: Patrick Hattersley *PH*
    Senior U.S. Probation Officer
Date: 01/06/2017

Prob 12B – page 2
Timothy Wise

THE COURT ORDERS:

☒ The Extension of Supervision as Noted Above
☐ The Modification of Conditions as Noted Above
☐ No Action
☐ Other

_____
Signature of Judicial Officer
Hon. Kevin McNulty, U.S.D.J.

_____January 20, 2017_____
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

☑ To extend the term of supervision for 1 year, for a total term of 4 years.

☐ To modify the conditions of supervision as follows:

Witness: _____   Signed: _____
Senior U.S. Probation Officer           Probationer or Supervised Releasee
Patrick Hattersley                      Timothy Wise

_____
Date