PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Timothy Wise              Cr.: 13-00575-001
                                                                                 PACTS #: 67859

Name of Sentencing Judicial Officer:    THE HONORABLE KEVIN MCNULTY
                                                     UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 04/21/2014

Original Offense: Fraud Activity Connected With Computers, 18 U.S.C. 1030A.F

Original Sentence: 36 months probation

Special Conditions: Special Assessment, Restitution - Money, Substance Abuse Testing, Alcohol Treatment, Drug Treatment, Computer Search, Location Monitoring Program, No New Debt/Credit, Employment Requirements/Restrictions

Type of Supervision: Probation                         Date Supervision Commenced: 04/21/2014

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender failed to pay the Court-ordered financial obligation in full. He satisfied the special assessment and has paid $6,725 toward the restitution. |

U.S. Probation Officer Action:

The Financial Litigation Unit of the United States Attorney's Office was notified of the expiration of supervision and we have requested a standing order for all future income tax refunds via the Treasury Offset Program (TOP). The probation office recommends the supervision term be allowed to expire as scheduled since the order remains imposed as a final judgment, pursuant to Title 18, United States Code, Sections 3554 & 3613.

Respectfully submitted,

By: Ivettelis Perez /LKG
U.S. Probation Officer
Date: 03/26/2018

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ Allow the offender to expire on April 20, 2018, with outstanding restitution

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

Signature of Judicial Officer

4/19/2018
Date